

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00033-CV

| | | |
|---|---|---|
| CASSANDRA BERING, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-315910-20) |
| V. | § | October 10, 2024 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE - PFCMOD, Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Cassandra Bering shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
　　Chief Justice Bonnie Sudderth